UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAN BORGES,<br><br>   Defendant | Criminal No.  20-cr-30023-MGM<br><br>Violations:<br><br>Count One: Conspiracy to Pay Bribe Payments<br>(18 U.S.C. § 371)<br><br>Counts Two through Four: Bribery Concerning Programs Receiving Federal Funds<br>(18 U.S.C. § 666(a)(2))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. Between in or about 2018 and 2019, Floyd Young ("Young") was the Director of Facilities Management, Capital Planning and Campus Safety and Security at The Cooper Union for the Advancement of Science and Art ("Cooper Union") in New York, New York.

2. Cooper Union received on an annual basis more than $10,000 in federal assistance.

3. From in or about 2018 to 2019, WILLIAN BORGES ("BORGES") was a principal of DWD Builders, a general contracting firm that did business with Cooper Union.

### Overview of the Conspiracy

4. Young obtained bribe payments from multiple contractors doing construction, repair, maintenance, and other work for Cooper Union by using his position and influence at Cooper Union to hire the contractors in exchange for bribe payments made to Young for his personal benefit. The contractors ("Conspirator Contractors"), which included BORGES, paid

bribes to Young in order to be hired by Cooper Union and to gain an advantage over honest competitors.

## Objects and Purposes of the Conspiracy

5.   The object of the conspiracy was to award contracts from Cooper Union in exchange for bribe payments made to Young. The principal purpose of the conspiracy was for Young and the Conspirator Contractors, including BORGES, to obtain money from the Victim Institutions.

## Manner and Means of the Conspiracy

6.   Among the manner and means by which Young, BORGES, and coconspirators known and unknown to the Grand Jury carried out the conspiracy and the scheme to defraud were the following:

    a.   Young awarded contracts from the Victim Institutions to the Conspirator Contractors, including BORGES, and used his position and influence to ensure that contracts for work to be done at the Victim Institutions were awarded to the Conspirator Contractors.

    b.   The Conspirator Contractors, including BORGES, paid bribes, sometimes denoted as "fees," to Young, typically in the amount of 15 percent of the contract with the Victim Institution.

    c.   As they received payment for work done at the Victim Institutions, Conspirator Contractors, including BORGES, paid Young bribes on a periodic basis, and Young monitored the payments made by the Victim Institutions to the Conspirator Contractors so that he received his bribe

payments in a timely manner.

d. Conspirator Contractors, including BORGES, paid bribes to Young in cash during face-to-face meetings in order to conceal the payments.

e. Conspirator Contractors, including BORGES, inflated the amount of the invoices submitted to the Victim Institutions in order to include the cost of the bribe payments made to Young.

### Overt Acts in Furtherance of the Conspiracy

7. Between on or about October 1, 2018 and March 8, 2019, Young, BORGES, and coconspirators known and unknown to the Grand Jury committed and caused to be committed the following overt acts, among others, in furtherance of the conspiracy:

8. On or about October 1, 2018, BORGES agreed to make bribe payments to Young.

9. On or about November 12, 2018, BORGES paid Young $9,000 as a bribe payment to obtain contract payments from Cooper Union.

10. On or about November 16, 2018, BORGES paid Young $9,000 as a bribe payment to obtain contract payments from Cooper Union.

11. On or about February 28, 2019, BORGES paid Young $21,307 as a bribe payment to obtain contract payments from Cooper Union.

12. On or about March 8, 2019, BORGES paid Young $19,876.80 as a bribe payment to obtain contract payments from Cooper Union.

<u>COUNT ONE</u>
Conspiracy to Pay Bribe Payments
(18 U.S.C. § 371)

The Grand Jury charges:

13. The Grand Jury re-alleges and incorporates by reference paragraphs 1-12 of this Indictment.

14. Between on or about October 1, 2018 tand March 13, 2019, in the District of Massachusetts, and elsewhere, the defendant,

WILLIAN BORGES,

conspired with Floyd Young and others known and unknown to the Grand Jury to commit an offense against the United States, to wit, Bribery Concerning Programs Receiving Federal Funds, that is, to corruptly give, offer, and agree to give anything of value to any person, with intent to influence and reward an agent of an organization, Cooper Union, in connection with any business, transaction and series of transactions of such organization involving anything of value of $5,000 or more, where such organization received benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan guarantee, insurance or other form of Federal assistance in any one-year period.

All in violation of Title 18, United States Code, Section 371.

4

## COUNTS TWO THROUGH FOUR
Bribery Concerning Programs Receiving Federal Funds
(18 U.S.C. § 666(a)(2))

The Grand Jury further charges:

15. The Grand Jury re-alleges and incorporates by reference paragraphs 1-12 of this Indictment.

16. On or about the following dates, in the District of Massachusetts, and elsewhere, the defendant,

WILLIAN BORGES,

corruptly gave, offered, and agreed to give anything of value to any person, with intent to influence and reward an agent of an organization, Cooper Union, in connection with any business, transaction and series of transactions of such organization involving anything of value of $5,000 or more, where such organization received benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan guarantee, insurance or other form of Federal assistance in any one-year period:

| Count | Transaction | Date |
|---|---|---|
| 2 | $9,000 bribe payment from BORGES to Young | 11/12/18 |
| 3 | $9,000 bribe payment from BORGES to Young | 11/16/18 |
| 4 | $21,307 bribe payment from BORGES to Young | 2/28/19 |

All in violation of Title 18, United States Code, Section 666(a)(2).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further alleges:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 371 and 666(a)(2), set forth in Counts One through Four, the defendant,

WILLIAN BORGES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following assets:

    a. An amount to be determined at sentencing, to be entered in the form of a forfeiture money judgment.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

ALEX J. GRANT
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: AUGUST  27 , 2020 at 2:47 p.m.
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK